[No. 3014-1.   Division One.   January 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY GENE METCALF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67003, Norman B. Ackley, J., entered May 14, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 3498-1.   Division One.   January 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY CHARLES HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69522, Janice Niemi, J., entered December 20, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3041-1.   Division One.   January 12, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HERNANDEZ STRANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67076, Frank H. Roberts, Jr., J., entered May 10, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3223-1.   Division One.   January 12, 1976.]

MARTIN WOLFF, *Appellant*, v. JAMES G. BLAIR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 780911, George H. Revelle, J., entered July 22, 1974. *Affirmed* by unpublished per curiam opinion.